THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00345-MR-WCM

| | |
|---|---|
| DENNIS JAMES MORGAN, JR. and BRENDA THOMAS, ) ) ) Plaintiffs, ) ) vs. ) ) ALLSTATE PROPERTY AND ) CASUALTY INSURANCE CO., an ) Illinois Corporation, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Amended Motion to Dismiss [Doc. 6] and the Magistrate Judge's Memorandum and Recommendation [Doc. 9] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the Defendant's motion and to submit a recommendation for its disposition.

On April 13, 2020, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 9]. The parties

were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendant's Amended Motion to Dismiss should be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 9] is **ACCEPTED**, and the Defendant's Amended Motion to Dismiss [Doc. 6] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 29, 2020

Martin Reidinger
United States District Judge